**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02384-CNS-SKC

MINCHIE GALOT CUPAT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

Defendants.

---

Civil Action No. 1:22-cv-02805-SKC

ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

Defendants.

---

**CALPERS' NOTICE OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

---

[Caption continued on following page.]

Civil Action No. 1:22-cv-02893-PAB-KLM

SHIJUN LIU, INDIVIDUALLY AND AS TRUSTEE OF THE LIU FAMILY TRUST 2019, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER KARP,
STEPHEN COHEN,
PETER THIEL,
WILLIAM HO,
KEVIN KAWASAKI,
DAVID GLAZER,
SHYAM SANKAR,
ALEXANDER MOORE,
SPENCER RASCOFF, and
ALEXANDRA SCHIFF,

Defendants.

---

Proposed lead plaintiff California Public Employees' Retirement System ("CalPERS") respectfully gives notice that its Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") (ECF 10) is unopposed.

As noted in its Motion, CalPERS has a substantial interest in the relief sought by the class, having: (a) purchased 5.8 million Palantir Technologies Inc. shares during the Class Period; (b) at the end of the Class Period, held 3.4 million net shares that were purchased during the Class Period; and (c) suffered more than $55 million in losses as a result of defendants' alleged wrongdoing. *See* ECF 10 at 4. In addition, CalPERS selected experienced and qualified counsel, Robbins Geller Rudman & Dowd LLP, to represent the putative class as Lead Counsel. *Id.* at 6-8. Importantly, all competing movants have withdrawn their motions or expressly stated they do not oppose CalPERS' Motion. *See* ECF 20, 22, 24, 27, 29, 30.

Accordingly, as CalPERS satisfies the Private Securities Litigation Reform Act of 1995's requirements for appointment as lead plaintiff and its Motion is unopposed, the Motion should be granted.

DATED: December 5, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
DARREN J. ROBBINS
LUKE O. BROOKS
DANIELLE S. MYERS

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lukeb@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

JOHNSON FISTEL, LLP
JEFFREY A. BERENS
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com

Local Counsel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 5, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: dmyers@rgrdlaw.com

# Mailing Information for a Case 1:22-cv-02384-CNS-SKC Cupat v. Palantir Technologies Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Naumon Amjed**
  namjed@ktmc.com,rdegnan@ktmc.com,hpaffas@ktmc.com,iyeates@ktmc.com,bschwartz@ktmc.com
- **Adam Marc Apton**
  aapton@zlk.com
- **Nicholas Angelo Caselli**
  nicholas.caselli@freshfields.com
- **Boris Feldman**
  boris.feldman@freshfields.com,usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com,michelle.stephens@freshfields.com
- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com
- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,tsayre@pomlaw.com,abarbosa@pomlaw.com
- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com
- **David Y. Livshiz**
  david.livshiz@freshfields.com,6188914420@filings.docketbird.com
- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com
- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com
- **Kathryn A. Reilly**
  reilly@wtotrial.com,sanchez@wtotrial.com,CLJones@wtotrial.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:22-cv-02805-SKC Allegheny County Employees' Retirement System v. Palantir Technologies Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nicholas Angelo Caselli**
  nicholas.caselli@freshfields.com
- **Boris Feldman**
  boris.feldman@freshfields.com,usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com,michelle.stephens@freshfields.com
- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com
- **David Y. Livshiz**
  david.livshiz@freshfields.com,6188914420@filings.docketbird.com
- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com
- **Kathryn A. Reilly**
  reilly@wtotrial.com,CLJones@wtotrial.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:22-cv-02893-PAB-KLM Liu v. Palantir Technologies Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Naumon Amjed**
  namjed@ktmc.com,rdegnan@ktmc.com,hpaffas@ktmc.com,iyeates@ktmc.com,bschwartz@ktmc.com
- **Jeffrey Allen Berens**
  jeff@jberenslaw.com,jeffb@johnsonfistel.com,jeffreyberens@comcast.net
- **Nicholas Angelo Caselli**
  nicholas.caselli@freshfields.com
- **Boris Feldman**
  boris.feldman@freshfields.com,usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com,michelle.stephens@freshfields.com
- **David Y. Livshiz**
  david.livshiz@freshfields.com,6188914420@filings.docketbird.com
- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com
- **Kathryn A. Reilly**
  reilly@wtotrial.com,CLJones@wtotrial.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)